**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                              **4:11-CR-00035-BRW**

**YURA KIM THORNELL**

**ORDER**

Pending is *pro se* Defendant's unopposed[1] Motion for Early Termination of Probation (Doc. No. 42).  I have considered, among other things, the factors set forth in Section 3553(a) of Title 18 to the United States Code, and I am satisfied that terminating Ms. Thornell's term of probation is warranted by Ms. Thornell's conduct and the interest of justice.[2]   Accordingly, Defendant's Motion for Early Termination of Probation is GRANTED.

Ms. Thornell also requests "permission for the hold on [her] passport to be lifted" once she has paid her fine and her probation ends.[3]  A review of the record shows Ms. Thornell was ordered to surrender her passport to a United States Pretrial Services' officer and not apply for a new one as a condition of her pretrial release.[4]  The Pretrial Services Office is supposed to send surrendered passports of convicted defendants to either the Department of State (if a United States passport) or the appropriate regional office of Immigration and Customs Enforcement (if a foreign passport).[5]  Accordingly, it appears Ms. Thornell must apply to the Department of State

---

[1] *See*  Doc. No. 43.

[2] *See* 18 U.S.C. § 3564(c).

[3] Doc. No. 42.

[4] *See* Doc. No. 3.

[5] *See* 22 C.F.R. § 51.66 ("The bearer of a passport that is revoked must surrender it to the Department [of State] or its authorized representative upon demand."); *see also*, Memo. from Nancy Beatty Gregoire, Chief of Policy and Operations Div. of Admin. Off. of the U.S. Courts, to Chief Probation and Pretrial-services Officers, *Passport Notices and Disposition of*

for a new passport. To the extent she needs the Court's permission to apply for a new passport, she has it. And any "hold" or restriction placed by the Court is lifted.

IT IS SO ORDERED this 6th day of February, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

*Surrendered Passports* (July 21, 2005) (available at http://jnet.ao.dcn/court-services/probation-pretrial-services/passport-notices-and-disposition-surrendered-passports).